Filed in Madison District Court
*** EFILED ***
Case Number: D07CI220000119
Transaction ID: 0018135252
Filing Date: 03/23/2022 04:51:13 PM CDT

## IN THE DISTRICT COURT OF MADISON COUNTY, NEBRASKA

| | |
|---|---|
| JUANA SIXTOS, ) | Case No. CI22-___ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | COMPLAINT AND PRAECIPE |
| ) | |
| BENJAMIN A. HOFER, ) | |
| individually, AND S&T ) | |
| TRUCKING ) | |
| TRANSPORTATION, LL, a ) | |
| South Dakota Limited Liability ) | |
| Company, ) | |
| ) | |
| Defendants. ) | |

### GENERAL ALLEGATIONS

Plaintiff alleges:

1. **Jurisdiction and Venue.** This Court has jurisdiction of the subject matter of this action, and the parties, pursuant to Neb. Rev. Stat. §24-302, and other provisions of law. Venue is proper in Madison County, Nebraska, pursuant to Neb. Rev. Stat. §25-409 for the reason that this cause of action arose in Madison County, Nebraska.

2. **Plaintiff.** Plaintiff is a resident of Norfolk, Madison County, Nebraska, residing at 410 West Indiana Avenue, Norfolk, Nebraska 68701.

3. **Defendants.** Defendant, Benjamin A. Hofer, is believed to be a resident of Scotland, South Dakota, residing at 530 Korb Steet, Scotland, South Dakota, 57059. Defendant, S&T Trucking Transportation, LL, is a Limited Liability Company with its principal place of business at P.O. Box 400, Parkston, South Dakota 56366.

4. **Doctrine of Respondeat Superior.** At all material times herein, Defendant Hofer was an employee of Defendant S&T Trucking Transportation, LL, and was engaged in the course and scope of his employment with said Defendant. The acts of negligence of Defendant Hofer are imputed to Defendant S&T Trucking Transportation, LL, under the Doctrine of Respondeat Superior.

011022/620114/NLH/00386623:2

EXHIBIT "B"

## FIRST CAUSE OF ACTION

5. <u>Scene and Time.</u> On or about January 29, 2020, at approximately 4:25 p.m., a collision of the vehicles hereinafter described occurred along the 1300 block of West Michigan Avenue in Norfolk, Madison County, Nebraska, where Michigan Avenue intersects with South 13th Street. At the time and place where the collision occurred, 13th Street traverses north and south and is also known as Highway 81. Michigan Avenue traverses east and west.

6. <u>Collision.</u> At the aforementioned time and place, the Plaintiff was a passenger in a 2001 Ford Exploreran automobile operated by her husband, Domitilo Sixtos, as it proceeded west bound into the 1300 block of West Michigan Avenue. The vehicle operated by Plaintiff's husband had a green light and was going through the intersection at South 13th Street and Michigan Avenue. Traffic for the vehicle operated by the Defendant was stopped for traffic as noted by a red traffic light, however, the vehicle operated by Defendant Hofer continued north bound through the intersection, through the red light, striking the vehicle operated by Plaintiff's husband, forcing it off the road way causing it to strike a traffic post and coming to rest on 13th Street after making the vehicle spin multiple times. At the time the vehicle in which the Plaintiff was a passenger was struck, she was utilizing her lap and shoulder belt restraints. The Plaintiff was thrown about within the vehicle as a result of the motor vehicle collision causing injuries to the Plaintiff. Defendant's vehicle also struck the traffic post as a result of the motor vehicle collision.

7. <u>Negligence of Defendants.</u> Negligence was caused solely and proximately by the negligence of Defendant Benjamin A. Hofer, individually and on behalf of Defendant, S&T Trucking Transportation, LL, and in the scope of his employment with S&T Trucking Transportation, LL, as follows:

    a. Defendant failed to keep a proper lookout;
    b. Defendant failed to exercise reasonable control over his vehicle; and
    c. Defendant operated his vehicle in entering the intersection at 13th Street and Michigan Avenue without yielding to traffic in compliance with a traffic signal.

8. <u>Injuries.</u> As a direct and proximate result of the acts of negligence as alleged herein, Plaintiff has sustained severe excruciating pain, mental and physical anguish, discomfort and disability, permanent in nature, and injuries including as follows:

    a. Laceration of the left cheek;
    b. Neck pain;
    c. Right shoulder pain;
    d. Right knee pain; and
    e. Significant headache,
    f. Snapping Scapula Syndrome/Scapulothoracic Bursitis - right shoulder.

9. <u>General and Special Damages.</u> As a further direct and proximate result of the aforedescribed acts of negligence of Defendants, Plaintiff has sustained damages, including general damages for severe, excruciating pain, mental and physical anguish, discomfort and disability which is permanent in nature, and special damages. Plaintiff has also sustained a permanent loss of earning capacity, and will continue to incur future pain, disability and discomfort, and medical expenses which are continuing in nature.

## SECOND CAUSE OF ACTION

Plaintiff, for her Second Cause of Action, alleges:

10. <u>Incorporation.</u> Plaintiff incorporates all of the averments of paragraphs 1-9 of her General Allegations and her First Cause of Action as though fully set forth herein.

11. <u>Assignment.</u> The Plaintiff is the assignor of all claims of her spouse, Domitilo Sixtos, pursuant to an executed Assignment, a copy of which is attached hereto, marked Exhibit "1", and incorporated herein.

12. <u>Loss of Consortium.</u> Plaintiff's assignee, Domitilo Sixtos, as the husband of Plaintiff, has sustained the loss of Plaintiff's services, companionship, consortium in society, to his general damage. Plaintiff's assignee has further incurred liability for the medical care, treatment, and expenses of Plaintiff all as averred in the First Cause of Action.

## PRAYER

WHEREFORE, Plaintiff prays for judgment for special damages on her First Cause of Action, for general damages on her First and Second Causes of Action, together with the costs of this action and any further relief the Court deems appropriate.

Dated this __16__ day of March, 2022.

      JUANA SIXTOS, Plaintiff,

      By: _____
      Kathleen Koenig Rockey, #18393
      Attorney for Plaintiff
      Copple, Rockey, Schlecht, Mason & Werth, P.C., L.L.O.
      2425 Taylor Avenue
      P.O. Box 78
      Norfolk, NE 68701
      Phone: (402) 371.4300
      Facsimile:  (402) 371.0790
      Email: kkrockey@greatadvocates.com

## VERIFICATION

STATE OF NEBRASKA    )
                     ) ss.
COUNTY OF Madison    )

    Juana Sixtos, being first duly sworn upon her oath, deposes and says that she has read the contents of the foregoing Complaint and Praecipe, has been read to her and translated to a language that she can understand, and knows the facts therein stated are true as she verily believes.

                                       _Juana Sixtos_
                                       Juana Sixtos, Plaintiff

    The foregoing instrument was sworn to me this 13th day of January, 2022, by Juana Sixtos.

GENERAL NOTARY - State of Nebraska
MINDY RATH
My Comm. Exp. January 2, 2024

_Mindy Rath_
Notary Public

STATE OF NEBRASKA )
                  ) ss.
COUNTY OF Madison )

I, Domitilo Sixtos, being first duly sworn upon my oath, hereby certify that I speak both English and Spanish and that I have accurately translated the foregoing document for Juana Sixtos prior to her signing the same.

D. Sixtos
Domitilo Sixtos, Translator

The foregoing instrument was sworn to me this 13th day of January, 2022, by Domitilo Sixtos.

_____
Notary Public

011022/620114/NLH/00386623:2                    -6-

## ASSIGNMENT OF CLAIMS

I, Domitilo Sixtos, hereby assign any and all claims for loss of consortium, including the denial of care, comfort, companionship, society, love and affection, to my spouse, Juana Sixtos, as a result of injuries she sustained in an automobile accident on January 29, 2020, in Madison County, Nebraska.

Dated this 13th day of January, 2022.

By O. Sixtos
Domitilo Sixtos

STATE OF NEBRASKA  )
                               ) ss.
COUNTY OF Madison  )

The above and foregoing Assignment of Claims was subscribed and sworn to before me this 13th day of January, 2022, by Domitilo Sixtos.

GENERAL NOTARY - State of Nebraska
MINDY RATH
My Comm. Exp. January 2, 2024

Mindy Rath
Notary Public

Exhibit "1"

011022/620114/NLH/00386623:2              -7-

Filed in Madison District Court
*** EFILED ***
Case Number: D07CI220000119
Transaction ID: 0018140111
Filing Date: 03/24/2022 03:05:05 PM CDT

## PRAECIPE

TO: CLERK OF THE MADISON DISTRICT COURT

Pursuant to *Neb. Rev. Stat.* §25-505.01, *et seq.*, please issue a Summons directed to the Sheriff of Hutchinson County, South Dakota, commanding him to serve the Summons and a copy of the Complaint upon the defendant, currently located at:

> Mr. Benjamin Hofer
> 530 Korb Street
> Scotland, SD 57059-7200

Please direct the Sheriff to make the service as follows:

1. Please serve by delivering the Summons to Mr. Benjamin Hofer, if possible, at the above address.

Please endorse upon the Summons: "For judgment for special damages on Plaintiff's First Cause of Action, for general damages on Plaintiff's First and Second Causes of Action, together with the costs of this action and any further relief the Court deems appropriate."

_____
Kathleen K. Rockey, #18393

Filed in Madison District Court
*** EFILED ***
Case Number: D07CI220000119
Transaction ID: 0018140111
Filing Date: 03/24/2022 03:05:05 PM CDT

# PRAECIPE

TO: CLERK OF THE MADISON DISTRICT COURT

Pursuant to *Neb. Rev. Stat.* §25-505.01, *et seq.*, please issue a Summons directed to the Sheriff of Bon Homme County, South Dakota, commanding him to serve the Summons and a copy of the Complaint upon the defendant, currently located at:

> S&T Trucking Transportation, LLC
> 803 South Ben Street
> P.O. Box 400
> Parkston, SD 57366

Please direct the Sheriff to make the service as follows:

1. Please serve by delivering the Summons to S&T Trucking Transportation, LLC, if possible, at the above address.

Please endorse upon the Summons: "For judgment for special damages on Plaintiff's First Cause of Action, for general damages on Plaintiff's First and Second Causes of Action, together with the costs of this action and any further relief the Court deems appropriate."

_____
Kathleen K. Rockey, #18393

032422/620114/AAR/00389737

| Image ID: | **SUMMONS** | |
|---|---|---|
| D00068108D07 | | Doc. No.   68108 |

IN THE DISTRICT COURT OF Madison COUNTY, NEBRASKA
PO Box 249
Madison                NE 68748

Juana Sixtos v. Benjamin A. Hofer

Case ID: CI 22     119

TO:   Benjamin A Hofer

**FILED BY**
Clerk of the Madison District Court
03/24/2022

You have been sued by the following plaintiff(s):

   Juana Sixtos

Plaintiff's Attorney:   Kathleen K Rockey
Address:                2425 Taylor
                        P.O. Box 78
                        Norfolk, NE 68702-0078
Telephone:              (402) 371-4300

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Nebraska Supreme Court Rule 2-208 requires individuals involved in a case who are not attorneys and representing themselves to provide their email address to the court in order to receive notice by email from the court about the case. Complete and return the attached form to the court if representing yourself.

Date:   MARCH 24, 2022        BY THE COURT:   *Monica J Rothuhou*
                                              Clerk

Page 1 of 2

| Image ID: D00068108D07 | **SUMMONS** | Doc. No.   68108 |
|---|---|---|

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

>   Benjamin A Hofer
>   530 Korb Street
>   Scotland, SD 57059

BY:   Foreign Officer
Method of service:   Personal Service
Special Instructions:
For judgment for special damages on Plaintiff's First Cause of Action,
 for general damages on Plaintiff's First and Second Cause of Action,
together with costs of action and any further relief Court orders.

You are directed to make such service within twenty days after date of issue, and show proof of service as provided by law.

| | | |
|---|---|---|
| | **SERVICE RETURN** | Doc. No.    68108 |

Madison District Court
PO Box 249
Madison           NE 68748

To: Foreign Officer
Case ID: CI 22    119  Juana Sixtos v. Benjamin A Hofer

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons

upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return     $ _____

Copy                            _____

Mileage ____miles       _____

   TOTAL            $ _____

Date: _____   BY: _____
                                                    (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                                    _____

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: Benjamin A Hofer                    From: Kathleen K Rockey
     530 Korb Street                            2425 Taylor
                                              P.O. Box 78
   Scotland, SD 57059                      Norfolk, NE 68702-0078

**ATTACH RETURN RECEIPT & RETURN TO COURT**

| Image ID:         |          **SUMMONS**          |                    |
|-------------------|-------------------------------|--------------------|
| D00068109D07      |                               | Doc. No.   68109   |

IN THE DISTRICT COURT OF Madison COUNTY, NEBRASKA
PO Box 249
Madison                    NE 68748

Juana Sixtos v. Benjamin A. Hofer

Case ID: CI 22     119

TO:   S&T Trucking Transportation LLC

**FILED BY**
Clerk of the Madison District Court
03/24/2022

You have been sued by the following plaintiff(s):

   Juana Sixtos

Plaintiff's Attorney:     Kathleen K Rockey
Address:                  2425 Taylor
                          P.O. Box 78
                          Norfolk, NE 68702-0078
Telephone:                (402) 371-4300

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Nebraska Supreme Court Rule 2-208 requires individuals involved in a case who are not attorneys and representing themselves to provide their email address to the court in order to receive notice by email from the court about the case. Complete and return the attached form to the court if representing yourself.

Date:   MARCH 24, 2022         BY THE COURT:   *Monica J Rothuhar*
                                                Clerk

Page 1 of 2

Image ID:
D00068109D07

**SUMMONS**

Doc. No.   68109

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

      S&T Trucking Transportation LLC
      803 South Ben Street
      Parkston, SD 57366

BY:   Foreign Officer
Method of service:   Personal Service
Special Instructions:
For judgment for special damages on Plaintiff's First Cause of Action,
 for general damages on Plaintiff's First and Second Cause of Action,
together with costs of action and any further relief Court orders.

You are directed to make such service within twenty days after date of issue,
and show proof of service as provided by law.

| | | |
|---|---|---|
| | **SERVICE RETURN** | Doc. No.    68109 |

Madison District Court<br>
PO Box 249<br>
Madison            NE 68748

To: Foreign Officer
Case ID: CI 22     119  Juana Sixtos v. Benjamin A Hofer

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock \_\_M. I served copies of the Summons
upon the party:
_____

by _____

_____
_____

as required by Nebraska state law.

Service and return       $ _____

Copy                              _____

Mileage \_\_\_\_miles         _____

   TOTAL            $ _____

Date: _____    BY: _____
                                                                     (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____
_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                                  _____

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: S&T Trucking Transportation LLC      From: Kathleen K Rockey
    803 South Ben Street                                       2425 Taylor
                                                            P.O. Box 78
    Parkston, SD 57366                                         Norfolk, NE 68702-0078

**ATTACH RETURN RECEIPT & RETURN TO COURT**

03/29/2022 09:21 BK 4 PG 790   4:22-cv-03068-JMG-CRZ Doc # 1-2 Filed: 04/27/22 Page 16 of 18 - Page ID # 21   Copies R 04/27/22   2006/0014

Filed in Madison District Court
*** EFILED ***
Case Number: D07CI220000119
Transaction ID: 0018193682
Filing Date: 04/06/2022 04:49:53 PM CDT

## SERVICE RETURN

Doc. No. 68109

Madison District Court
PO Box 249
Madison    NE 68748

To: Foreign Officer
Case ID: CI 22    119 Juana Sixtos v. Benjamin A Hofer

Received this Summons on _31st March 2022_. I hereby certify that on _March 31st_, _2022_ at _9:00_ o'clock _A_ M. I served copies of the Summons upon the party: _Ryan Holzbauer    Manager_

by _____

as required by Nebraska state law.

Service and return   $ _50.00_
Copy                _____
Mileage _52_ miles   _26.00_
TOTAL               $ _76.00_

Date: _3-31-22_     BY: _James Zeal_
                    (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

on the ___ day of _____ ___, as required by Nebraska state law.

Postage $ _____  Attorney for: _____

The return receipt for mailing to the party was signed on _____, ____.

To: S&T Trucking Transportation LLC          From: Kathleen K Rockey
    803 South Ben Street                           2425 Taylor
                                                   P.O. Box 78
    Parkston, SD 57366                             Norfolk, NE 68702-0078

**ATTACH RETURN RECEIPT & RETURN TO COURT**

Return No __10677__

| | | | | |
|---|---|---|---|---|
| STATE OF | NEBRASKA | | IN ___DISTRICT___ COURT | |
| COUNTY OF | MADISON COUNTY | | | |

JIAMA SIXTOS

File No: D07CI220000119

**VS**          PLAINTIFF

BENJAMIN A. HOFER

SHERIFF'S RETURN
OF PERSONAL SERVICE

DEFENDANT

STATE OF SOUTH DAKOTA
COUNTY OF HUTCHINSON

I hereby certify that on the __29TH__ day of __MARCH__, __2022__, the following documents, in the above entitled action, came into my hand for service:

SUMMONS, COMPLAINT AND PRAECIPE

That on the __31ST__ day of __MARCH__, __2022__, at __803 SOUTH BEN ST., PARKSTON, SD__ in said county

☒ I did serve the within documents
☐ I did not serve the within documents.
☐ I did return said execution unsatisfied.
☐ I did return said execution fully satisfied.
☐ I did return said execution partially satisfied.

☒ on S&T TRUCKING TRANSPORTATION
☒ by then and there delivering to and leaving with __RYAN HOLZBAUER, MANAGER__
  a true copy of said documents.

(at the dwelling house of the said defendant with said person who was then a member of the family (or of the family of which he resides) over the age of fourteen years and that service was so made for the reason that I could not find the said defendant conveniently in said county).

☐ by public auction at the front steps of the courthouse.

**Sheriff's Fees**

| | |
|---|---|
| Service of Process | $50.00 |
| Same time Service | |
| Mileage 52 at $0.50 | $26.00 |
| Total | $76.00 |

Documents Rec'd From:
COPPLE, ROCKEY, SCHLECHT & MASON P.

**Date:** March 31, 2022

JAMES ZEEB SHERIFF

By: *James Zeeb*

# Certificate of Service

I hereby certify that on Thursday, April 07, 2022 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Hofer,Benjamin,A service method: No Service

S&T Trucking Transportation LLC service method: No Service

Signature: /s/ Rockey,Kathleen,Koenig (Bar Number: 18393)